UNITED STATES BANKRUPTCY COURT
for the
Eastern District of Missouri

In re                                           Case No. _____   RECEIVED + FILED
                                                Chapter ___7___
     **MINNIE LOWE**, Debtor
                                                                      2014 NOV 24 PM 3: 18

### APPLICATION TO PAY FILING FEES IN INSTALLMENTS

                                                                      CLERK, US BANKRUPTCY COURT
                                                                      EASTERN DISTRICT

In accordance with Federal Rule of Bankruptcy Procedure 1006, I apply for permission to pay the Filing Fee of $ _____ in installments and certify that I am unable to pay the Filing Fee except in installments. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

### COMPLETE THIS SECTION ONLY IF THIS IS A CHAPTER 13 CASE

Amount paid at time of filing petition - $ _____

I will pay the balance of the Filing Fee through my Chapter 13 plan. (In a Chapter 13 case, any unpaid balance of the filing fee <u>must be paid through the Chapter 13 plan</u>.)

### COMPLETE THIS SECTON IF THIS IS NOT A CHAPTER 13 CASE

I propose the following terms for payment of the Filing Fee.*

$ __167.50__   Check one     X   With the filing of the petition    ☐ On or before _11/24/14_

$ __167.50__   on or before _12/08/14_

$ _____   on or before _____

$ _____   on or before _____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition (Federal Rule of Bankruptcy Procedure 1006(b)(2))

**FOR ALL FILERS** - I understand that if I fail to pay any installment when due my bankruptcy case **may be dismissed** without further notice or hearing, and I may not receive a discharge of my debts. I understand that if I am a Chapter 13 debtor, failure to pay any portion of the filing fee through my Chapter 13 plan may result in my bankruptcy case being dismissed and I may not receive a discharge of my debts.

_____          _Minnie Lowe_  _09/13/14_
Signature of Attorney       Date        Signature of Debtor        Date
                                        (In a joint case, both spouses must sign)

_____          _____
Name of Attorney                        Signature of Joint Debtor (if any)    Date

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security Number (Required by 11 U.S.C. § 110)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
ADDRESS

X _____        _____
Signature of Bankruptcy Petition Preparer               Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

(L.F. 1 Rev. 06/08)