# MEMO

DATE: 12/8/2014

2014 DEC -8 PM 5:31

TO: UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

RE: EXTENSION TO FILE OFFICIAL CHAPTER 7 BANKRUPTCY FORMS
MINNIE LOWE – CASE # 14-49212

I would like to petition the court for an extension to file my original papers on Monday, December 17, 2014.

I have not received not received my trustees letter and was not aware of how soon I needed to file my official papers.

I do apologize for having to submit this request but I want to make sure I have all required documents so I will not have my case dismissed.

I do know my trustees meeting is on December 30, 2014 and I will make sure I have submitted all documentation in addition to my official forms for that meeting.

I would appreciate the additional time for my bankruptcy case.

Thank you.

*Minnie Lowe*
Minnie Lowe